**Kevin HOLMES, Plaintiff–Appellant,**

v.

**Jackie CRAWFORD; et al., Defendants–Appellees.**

No. 02–17377.

D.C. No. CV–01–00340–DWH.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Aug. 20, 2003.

Before SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM **

Nevada state prisoner Kevin Holmes appeals pro se the district court's summary

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

judgment in favor of prison officials in his 42 U.S.C. § 1983 action, which alleged the prison disciplinary committee convicted him of fighting or challenging another to fight, and imposed monetary sanctions, without sufficient evidence. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *see Bagdadi v. Nazar,* 84 F.3d 1194, 1197 (9th Cir.1996), and we affirm.

Holmes' contention that insufficient evidence supported his conviction lacks merit because the conviction was supported by "some evidence." *Superintendent v. Hill,* 472 U.S. 445, 455–56, 105 S.Ct. 2768, 86 L.Ed.2d 356 (1985).

Holmes' contention that prison officials misapplied state law by imposing a sanction for medical costs lacks merit because the sanction was permitted under Nev. Rev.Stat. § 209.246 and the Nevada Department of Prisons Code of Penal Discipline.

AFFIRMED.

HAWKINS, Circuit Judge, Dissenting in part.

MICHAEL DALY HAWKINS, Circuit Judge.

I would uphold the conviction but vacate the sanction.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.